UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES MASCAGNI** | **CIVIL ACTION NO. 6:16-CV-0439** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SCHLUMBERGER TECH. CORP.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

For the reasons set forth in open court on September 21, 2016;

**IT IS HEREBY ORDERED** that Plaintiff's Motion Stay or, in the Alternative, Motion to Consolidate, filed by plaintiff, Charles Mascagni [rec. doc. 8], is **DENIED**.

Signed this 22nd day of September, 2016, in Lafayette, Louisiana

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**