UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES MASCAGNI | CIVIL ACTION NO. 16-439 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SCHLUMBERGER TECH CORP | MAG. JUDGE WHITEHURST |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that STC's Motion for Summary Judgment [Doc. No. 26] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that STC's Motion for Partial Summary Judgment [Doc. No. 28] is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to Plaintiff's allegation that STC acted willfully. A two-year statute-of-limitation period applies to Plaintiff's FLSA claims. The motion is otherwise DENIED.

MONROE, LOUISIANA, this 22nd day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE